727 F.2d 1103
 Lee (Jeffrey H.), Humphrey (Preston G.), Franks (Michael),
Holsenbeck (Edward R.), Gay (Jesse), Jones (Tommy), Wilson
(Floyd), Gillespie (Beverly), Pierce (Christopher), Graham
(Jesse), Ford (David M.), Riley (Melvin M.), Mull (Ronald
L.), Taylor (Charles L.)
v.
Woodard (James)
 NO. 82-6830
 United States Court of Appeals,
Fourth circuit.
 JAN 30, 1984
 
 1
 Appeal From: E.D.N.C.
 
 
 2
 AFFIRMED.